**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 2:23-cr-04020-RK-1
) No. 2:24-cr-04039-RK-1
ANTHONY PITTS-FUGATE, )
)
Defendant. )

## REPORT AND RECOMMENDATION

Pending before the Court is the issue of defendant Anthony Pitts-Fugate's competency to stand trial. Pursuant to 18 U.S.C. §§ 4241 and 4242, the Court ordered a psychiatric evaluation and held a hearing on the matter. (23-cr-4020, Docs. 38, 41, 45; 24-cr-4039, Docs. 22, 23, 27). After consideration of the evaluation reports before the Court, and the absence of objection by the parties to the information contained therein, this Court recommends issuance of an Order that Mr. Pitts-Fugate is competent to stand trial and able to assist in his own defense.

There are two separate criminal cases pending against Mr. Pitts-Fugate. First, by way of Indictment brought on May 16, 2023, Mr. Pitts-Fugate is charged with one count of production of child pornography in violation of 18 U.S.C. § 2251(a), one count of distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2), and one count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). (23-cr-4020, Doc. 17). Second, by way of Indictment brought on July 23, 2024, Mr. Pitts-Fugate is charged with one count of attempted enticement of a minor in violation of 18 U.S.C. § 2422(b), three counts of attempted production of child pornography in violation of 18 U.S.C. § 2251(a), and one count of receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2). (24-cr-4039, Doc. 1).

On September 17, 2025, defense counsel submitted a motion to determine Mr. Pitts-Fugate's competency, citing Mr. Pitts-Fugate's self-reported issues with mental impulses, thoughts, and urges following hormone treatments. (23-cr-4020, Doc. 37 at 2; 24-cr-4039, Doc. 21 at 2). Thereafter, the Court ordered a competency examination pursuant to 18 U.S.C. §§ 4241 and 4242 to determine if he suffered from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist with his defense. (23-cr-4020, Docs. 38, 41; 24-cr-4039, Docs. 22, 23).

In accordance with the Court's order, forensic evaluation reports were completed by Jaime Jauregui, Ph.D., on December 15, 2025, and March 31, 2026. These reports were submitted to the Court on December 17, 2025, and April 3, 2026, respectively. (23-cr-4020, Docs. 39, 43). Dr. Jauregui examined Mr. Pitts-Fugate at the Metropolitan Correctional Center in San Diego, California. (*Id.*). In her report, Dr. Jauregui concluded that "Mr. Pitts-Fugate is not currently suffering from a severe mental disease or defect that substantially impairs his present ability to understand the nature and consequences of the court proceedings brought against him or substantially impairs his ability to assist in his defense." (23-cr-4020, Doc. 39 at 13).

On April 28, 2026, this Court held an evidentiary hearing concerning Mr. Pitts-Fugate's competency to stand trial. (23-cr-4020, Doc. 46; 24-cr-4039, Doc. 28). Mr. Pitts-Fugate appeared in person and represented by counsel, Troy Stabenow. (*Id.*). Assistant United States Attorney Ashley Turner appeared for the Government. (*Id.*). During the hearing, both parties acknowledged receipt and review of the psychiatric evaluation reports authored by Dr. Jauregui. (Tr. 2:20-25; 4:6-17). The parties stipulated that Dr. Jauregui would testify consistently with her report and

neither party had any objections to the findings therein. (Tr. 4:14-23). Neither party objected to the findings of those reports. (Tr. 4:23-5:1).

Based on the psychiatric evaluation reports submitted by Dr. Jauregui and there being no challenge to the findings in the reports, the Court submits this Report and Recommendation that defendant Anthony Pitts-Fugate is competent to stand trial. Specifically, this Court recommends a finding that Mr. Pitts-Fugate is not presently suffering from a mental disease or defect that renders him incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a).

IT IS, THEREFORE, RECOMMENDED that the District Judge enter an order finding defendant Anthony Pitts-Fugate competent to stand trial.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 29th day of April, 2026, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
Chief United States Magistrate Judge