# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 2:23-cr-04020-RK-1 |
| | )     Case No. 2:24-cr-04039-RK-1 |
| ANTHONY PITTS-FUGATE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 19, 2025, Magistrate Willie J. Epps, Jr., issued his Report and Recommendations, (23-cr-4020, Doc. 47; 24-cr-4039, Doc. 29), after conducting a Competency Hearing as to Defendant Pitts-Fugate on April 28, 2026, (23-cr-4020, Doc. 45; 24-cr-4039, Doc. 27). The Reports recommend that the Court enter a finding that Defendant Pitts-Fugate "is competent to stand trial and able to assist in his own defense." (23-cr-4020, Doc. 47 at 1; 24-cr-4039, Doc. 29 at 1.) No objections to the Reports have been filed, and the time to do so has expired.

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendations made by Magistrate Judge Epps in full. Accordingly, it is hereby **ORDERED** that the Report and Recommendations of Magistrate Judge Epps, (23-cr-4020, Doc. 47; 24-cr-4039, Doc. 29), are **ADOPTED**, and the Court finds Defendant Pitts-Fugate presently competent to stand trial and able to assist in his own defense.

    **IT IS SO ORDERED.**

 

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 20, 2026